UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKISHA WILLIAMS ) | |
| and ELIJAH WILLIAMS, minor by his ) | |
| Mother, LAKISHA WILLIAMS ) | |
| ) | Case No. |
| Plaintiffs, ) | |
| v. ) | Judge |
| ) | |
| P.O. CHRISTOPH MURRAH #18003, ) | Magistrate Judge |
| and P.O. JOSEPH SHANANHAN #14430 ) | |
| and THE CITY OF CHICAGO, a ) | |
| municipal Corporation. ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

**COMPLAINT AT LAW**

NOW COME the Plaintiffs, LAKISHA WILLIAMS and ELIJAH WILLIAMS, by and through their attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430 and THE CITY OF CHICAGO, a municipal corporation, as follows:

**COUNT I – EXCESSIVE AND UNREASONABLE FORCE**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiffs, LAKISHA WILLIAMS and ELIJAH WILLIAMS accomplished by acts and/or omissions of the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiffs, LAKISHA WILLIAMS and ELIJAH WILLIAMS, minor by his mother, LAKISHA WILLIAMS were at all relevant times United States citizens and residents of the State of Illinois.

4. At all relevant times, the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430 were duly appointed Chicago Police Officers acting within their scope of employment and under color of law.

5. On or about May 23, 2016, the Plaintiffs all lived at 12337 S. Yale Ave, Chicago, Illinois.

6. The Plaintiffs lived there with their two dogs, one named Sheba.

7. On said date, Sheba escaped from the yard and was jumping on a neighbor's child.

8. At some point of the confrontation of Sheba and the neighbor, Defendant Officers, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430 pulled up.

9. One of the Defendant Officers exited his police car and shot once in the air.

10. Upon hearing the shot "Sheba" turned and ran to the house.

11. The Defendants started to chase "Sheba" firing their weapons.

12. Sheba was not a threat to anyone.

13. The Defendants continued to chase Sheba, shooting at her.

14. They shot over twenty times at Plaintiff's home.

15. The Defendants did not have the facts to support the necessity to use deadly force and continue to use deadly force.

16. The Defendants use of force was excessive.

17. The Defendants use of deadly fire was unreasonable.

18. The Defendants continued firing their weapons endangered the life and safety of the minor Plaintiff.

19. The Defendants ultimately killed off Sheba, while one or more of the Plaintiffs were there.

20. The Defendants were acting pursuant to the customs, policy and procedures of the Chicago Police Department.

21. As a direct and proximate consequence of said conduct of Defendants, P.O.CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, the Plaintiffs suffered emotional anxiety, fear, humiliation, and pain and suffering.

22. Said actions of the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, violated the Plaintiffs, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

23. As a direct and proximate consequence of said conduct of the Defendants, the Plaintiffs, suffered violations of their constitutional rights, emotional anxiety, stress, fear, humiliation, monetary loss, property damage and pain and suffering.

WHEREFORE, the Plaintiffs, LAKISHA WILLIAMS and ELIJAH WILLIAMS, minor by his mother, LAKISHA WILLIAMS, prays for judgment in their favor and against the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, jointly and severally, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II – PROPERTY DAMAGE

1-17. The Plaintiffs hereby re-allege and incorporate their allegations of paragraphs 3-19 of Count I as their respective allegations of paragraphs 1-17 of Count II as though fully set forth herein.

18. The actions of the Defendants caused property damage to the Plaintiffs.

19. As a direct and proximate consequence of said conduct of Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, the Plaintiffs suffered emotional anxiety, fear, humiliation, and pain and suffering and loss of property damage.

WHEREFORE, the Plaintiffs, LAKISHA WILLIAMS and ELIJAH WILLIAMS, minor by his mother, LAKISHA WILLIAMS, prays for judgment in their favor and against the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, jointly and severally, for a reasonable amount in compensatory damages, punitive damages, plus costs.

## COUNT III—INDEMNIFICATION / CITY OF CHICAGO

1-19. The Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1-19 of Counts I and II as their respective allegations of paragraphs 1-19 of Count III as though fully set forth herein.

20. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

WHEREFORE, should Defendants P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430 be found liable for the acts alleged above, Defendant CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said Defendants.

### JURY DEMAND

The Plaintiffs, LAKISHA WILLIAMS and ELIJAH WILLIAMS, minor by his mother, LAKISHA WILLIAMS, hereby request a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602
(312) 255-2100
Email: gkulis@kulislawltd.com
Attorney No: 6180966