UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKISHA WILLIAMS )<br>and DARRELL SINGLETON, ELIJAH )<br>SINGLETON, MORIAH SINGLETON, )<br>Minors by their Mother, LAKISHA )<br>WILLIAMS, )<br>)<br>        Plaintiffs, )<br>  v. )<br>)<br>P.O. CHRISTOPH MURRAH #18003, )<br>and P.O. JOSEPH SHANANHAN #14430 )<br>and THE CITY OF CHICAGO, a )<br>municipal Corporation. )<br>)<br>        Defendants. ) | Case No. 16 CV 9506<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge<br><br><br>JURY DEMAND |

**FIRST AMENDED COMPLAINT AT LAW**

    NOW COME the Plaintiffs, LAKISHA WILLIAMS and DARRELL SINGLETON, ELIJAH SINGLETON, MORIAH SINGLETON, minors by their Mother, LAKISHA WILLIAMS, by and through their attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430 and THE CITY OF CHICAGO, a municipal corporation, as follows:

**COUNT I – UNLAWFUL SEIZURE**

    1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiffs, LAKISHA WILLIAMS and DARRELL SINGLETON, ELIJAH SINGLETON, MORIAH SINGLETON, minors by their Mother LAKISHA WILLIAMS, accomplished by acts and/or omissions of the Defendants, P.O.

CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiffs, LAKISHA WILLIAMS AND DARRELL SINGLETON, ELIJAH SINGLETON, MORIAH SINGLETON, minors by their Mother, LAKISHA WILLIAMS, were at all relevant times United States citizens and residents of the State of Illinois.

4. At all relevant times, the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430 were duly appointed Chicago Police Officers acting within their scope of employment and under color of law.

5. On or about May 23, 2016, the Plaintiffs all lived at 12337 S. Yale Avenue, Chicago, Illinois.

6. The Plaintiffs lived there with their two dogs, one named "Sheba".

7. On said date, Sheba and their other dog escaped from the backyard. ELIJAH SINGLETON chased after the dogs while DARRELL SINGLETON ran to the front yard in an attempt to cut the dogs off.

8. The two dogs came to the front yard, whereupon DARRELL SINGLETON was able to grab ahold of one dog. Sheba escaped DARRELL SINGLETON'S attempts at capture and ran after a neighbor's child.

9. At some point of the confrontation of Sheba and the neighbor, Defendant Officers, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430 arrived at the scene.

10. One of the Defendant Officers exited his police car and shot once in the air.

11. Upon hearing the shot Sheba turned and ran to a gate on the left side of the house.

12. Sheba then ran to the right side of the house in an attempt to escape from the Defendants to the back yard.

13. Prior to chasing after Sheba, the Defendants pointed their guns at DARRELL SINGELTON, endangering his life and safety.

14. The Defendants then resumed to chasing "Sheba" while firing their weapons.

15. Sheba was not a threat to anyone at the time the Defendants fired their weapons at Sheba.

16. The Defendants continued to chase Sheba, shooting at her.

17. They shot over twenty (20) times at Plaintiff's home and backyard.

18. The Defendants use of force was excessive.

19. The Defendants use of deadly fire was unreasonable.

20. The Defendants continued firing their weapons endangering the life and safety of the minor Plaintiff.

21. Once the Defendants' had Sheba cornered and cowering in fear in a corner of the backyard, all three minor Plaintiffs were in the backyard.

22. While Sheba was still alive and shaking in fear, the Defendants pointed their guns at minor Plaintiffs DARRELL SINGELTON, ELIJAH SINGLETON, MORIAH SINGELTON, endangering their lives and safety.

23. After pointing their guns at each minor Plaintiff and while Sheba was cowering in fear, hence not posing an immediate threat to anyone, the Defendants shot Sheba in this position a number of times, executing Sheba, in the presence of all three minor Plaintiffs.

24. The Defendants were acting pursuant to the customs, policy and procedures of the Chicago Police Department.

25. Said actions of the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, constituted an unlawful and unjustified seizure and violated the Plaintiffs' Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

26. As a direct and proximate consequence of said conduct of the Defendants, the Plaintiffs, suffered violations of their constitutional rights, emotional anxiety, stress, fear, humiliation, monetary loss, property damage and pain and suffering.

WHEREFORE, the Plaintiffs, LAKISHA WILLIAMS and DARRELL SINGLETON, ELIJAH SINGLETON, MORIAH SINGLETON, minors by their Mother LAKISHA WILLIAMS, pray for judgment in their favor and against the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, jointly and severally, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II – EXCESSIVE AND UNREASONABLE FORCE

1-22.     The Plaintiffs hereby re-allege and incorporate their allegations of paragraphs 1-22 of Count I as their respective allegations of paragraphs 1-22 of Count II as though fully set forth herein.

23.     By pointing their guns numerous times at the minor Plaintiffs and firing their guns in the direction of the Plaintiffs' house and backyard over twenty (20) times, the Defendant's use of force was excessive and unreasonable, endangering the lives of all minor Plaintiffs.

24.     The Defendants were acting pursuant to the customs, policy and procedures of the Chicago Police Department.

25.     Said actions of the Defendants, P.O. P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, violated the minor Plaintiffs', DARRELL SINGLETON, ELIJAH SINGLETON, and MORIAH SINGLETON, minors, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

26.     As a direct and proximate consequence of said conduct of Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, the minor Plaintiffs DARRELL SINGLETON, ELIJAH SINGLETON, and MORIAH SINGLETON, suffered emotional anxiety, fear, humiliation, and pain and suffering.

WHEREFORE, the minor Plaintiffs', DARRELL SINGLETON, ELIJAH SINGLETON, and MORIAH SINGLETON, minors by their Mother LAKISHA WILLIAMS, pray for judgment in their favor and against the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, jointly and

severally, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT III — PROPERTY DAMAGE

3-23.   The Plaintiffs re-allege and incorporate the allegations contained in paragraphs 3-23 of Count I as their respective allegations of paragraphs 3-23 of Count III as though fully set forth herein.

24.   The actions of the Defendants caused property damage to the Plaintiffs.

25.   As a direct and proximate consequence of said conduct of Defendants P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, the Plaintiffs suffered emotional anxiety, fear, humiliation, and pain and suffering and loss of property.

WHEREFORE, the Plaintiffs LAKISHA WILLIAMS and DARRELL SINGLETON, ELIJAH SINGLETON, MORIAH SINGLETON, minors by their Mother LAKISHA WILLIAMS, pray for judgment in their favor and against the Defendants, P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430, Jointly and severally, for a reasonable amount in compensatory damages, punitive damages, plus costs.

### COUNT IV— INDEMNIFICATION / CITY OF CHICAGO

1-34.   The Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1-27 of Counts I, II, and III  as their respective allegations of paragraphs 1-27 of Count IV as though fully set forth herein.

35.   Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

\   6

WHEREFORE, should Defendants P.O. CHRISTOPH MURRAH #18003 and P.O. JOSEPH SHANAHAN #14430 be found liable for the acts alleged above, Defendant CITY OF CHICAGO would be liable to pay the Plaintiffs any judgment obtained against said Defendants.

### JURY DEMAND

The Plaintiffs LAKISHA WILLIAMS and DARRELL SINGLETON, ELIJAH SINGLETON, MORIAH SINGLETON, minors by their Mother LAKISHA WILLIAMS, hereby request a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602
(312) 255-2100
Email: gkulis@kulislawltd.com
Attorney No: 6180966